IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:04-CV-191 |
| Plaintiff, | : | |
| vs. | : | JUDGE THOMAS M. ROSE |
| 106 DEANS COURT, UNION, OHIO, ETC. | : | |
| | : | |
| Defendant. | | |

## ORDER GRANTING MOTION TO DISMISS (Doc. #16)

Upon motion by the Plaintiff United States to dismiss the above-captioned case against Defendant 106 Deans Court, Union, Ohio because the subject property has been sold through a foreclosure action,

IT IS HEREBY ORDERED THAT: the Defendant 106 Deans Court, Union, Ohio, is hereby DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and

IT IS FURTHER ORDERED THAT because 106 Deans Court was the sole Defendant, this case is hereby terminated.

September 28, 2005                                s/Thomas M. Rose

_____

Thomas M. Rose
United States District Judge